

**IN RE: ADOPTION OF:**
**A.H.L., a Minor**

**853 EDA 2017**

Superior Court of Pennsylvania.

09/20/2017

2016–AO183 (Montgomery)

Affirmed

**IN RE: ADOPTION OF:**
**H.D.L., a Minor**

**862 EDA 2017**

Superior Court of Pennsylvania.

09/20/2017

2016–AO182 (Montgomery)

Affirmed

**S.K.P.**

**v.**

**K.M.P.**

**1007 MDA 2016**

Superior Court of Pennsylvania.

09/20/2017
Reargument Denied 11/30/2017

2008–FC–000584–15 (York)

Affirmed/Reversed/Remanded

**COM.**

**v.**

**CARMICHAEL, S.**

**1254 MDA 2016**

Superior Court of Pennsylvania.

09/20/2017

CP–67–CR–0005114–2012 (York)

Affirmed

**IN RE: J.S.C., a Minor**

**Appeal of: S.C.**

**62 MDA 2017**

Superior Court of Pennsylvania.

09/20/2017

54 OC 2016 (Tioga)

Affirmed

**IN RE: S.J.M., a Minor,**

**Appeal of: S.C.**

**63 MDA 2017**

Superior Court of Pennsylvania.

09/20/2017

24 OC 2016 (Tioga)

Affirmed

